IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

JOSEPH P. KRENTKOWSKI,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

No. C08-5605FDB-JKA

ORDER AMENDING BRIEFING SCHEDULE

Based on the stipulation of the parties, it is hereby ORDERED that the briefing schedule be amended as follows:

Plaintiff's opening brief to be filed on or before:     February 18, 2009

Defendant's response to be filed on or before: March 18, 2009

Plaintiff's optional Reply Brief is due by:     April 1, 2009

DATED this 3rd day of February, 2009.

                              */s/ J. Kelley Arnold*
                              U.S. MAGISTRATE JUDGE

Presented by:

s/ Robert A Friedman
Attorney for Plaintiff

Order Amending Briefing
Schedule -1

**ROBERT A. FRIEDMAN
& ASSOCIATES, P.S.**
Attorneys at Law
3410 Broadway
Everett, Washington 98201
(425) 252-5551
FAX (425) 259-7111