UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| JOSEPH KRENTKOWSKI, | Civil No. C08-5605FDB-JKA |
|---|---|
| Plaintiff, | |
| vs. | ORDER AMENDING BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the Agreed Motion, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including April 20, 2009, to file Defendant's responsive brief;

- Plaintiff shall have up to and including May 4, 2009, to file a reply brief.

///

Page 1 ORDER - [3:08-CV-5605-FDB-JKA]

DATED this 19th day of March, 2009.

                                        */s/ J. Richard Creatura*
                                        UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ RICHARD A. MORRIS
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075
Telephone: (206) 615-2156
FAX: (206) 615-2531
rick.morris@ssa.gov