UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH KRENTKOWSKI,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. C08-5605FDB<br><br><br><br>JUDGMENT |

　　　IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on April 30, 2009.

　　　DATED this 30th day of April, 2009.

　　　　　　　　　　　　　　　　　*s/Franklin D. Burgess*
　　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Page 1　　　JUDGMENT- [C08-5605FDB]