# United States District Court

WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| JOSEPH P. KRENTKOWSKI | JUDGMENT IN A CIVIL CASE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security | CASE NUMBER: C08-5605FDB |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


That Plaintiff's motion for an award of costs and attorney's fees [Dkt # 21] is **GRANTED**. Plaintiff's counsel, Robert A. Friedman, is awarded $4,822.53 in attorney fees and $66.28 in expenses under the Equal Access to Justice Act, 28 U.S.C. § 2242(a),(d), and $23.50 in costs under the Equal Access to Justice Act, 28 U.S.C. § 1920, for a total award of $4,912.31.


|  |  |
|---|---|
| June 23, 2009 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |